# EXHIBIT 30

# STUDY AMONG CONSUMERS OF THE SOURCE-RELATED SIGNIFICANCE OF "WHISPER QUIET" IN CONNECTION WITH MAJOR HOME APPLIANCES

PREPARED FOR:

Finnegan, Henderson
1300 I Street NW
Washington D.C.   20005

PREPARED BY:

Guideline Research Corporation
3 West 35th Street
New York, NY   10001

February, 2004



## *TABLE OF CONTENTS*

Page #

BACKGROUND AND PURPOSE ------------------------------------------------- 1
CONCLUSIONS ----------------------------------------------------------------------- 2

METHOD
       OVERVIEW ------------------------------------------------------------------- 4
       STUDY AUTHORSHIP AND RESPONSIBILITY ---------------------- 5
       STUDY DESIGN ------------------------------------------------------------- 6
       THE RELEVANT UNIVERSE OF INTEREST --------------------------- 7
       SAMPLING PLAN ----------------------------------------------------------- 7
       DOUBLE BLIND INTERVIEWING ------------------------------------- 11
       QUESTIONNAIRE ---------------------------------------------------------- 11
       INTERVIEWING PROCEDURES ----------------------------------------- 13
       RESPONDENT VERIFICATION ------------------------------------------ 14
       CHECK-IN PROCEDURES ------------------------------------------------ 15
       INTERVIEWING PERIOD ------------------------------------------------ 15
       DATA PROCESSING ------------------------------------------------------- 15

DETAILED FINDINGS --------------------------------------------------------------- 16

APPENDIX A:   BIOGRAPHICAL BACKGROUND OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRES
APPENDIX C:   FIELD INSTRUCTIONS
APPENDIX D:   VALIDATION QUESTIONNAIRE/LETTER
APPENDIX E:   COMPUTER TABLES
APPENDIX F:   PHOTOS SHOWN RESPONDENTS IN THE TEST GROUP
APPENDIX G:   PHOTOS SHOWN RESPONDENTS IN THE CONTROL GROUP

## BACKGROUND AND PURPOSE

The Plaintiff in Whirlpool Properties, Inc. and Whirlpool Corporation ("Whirlpool") v. LG Electronics USA, Inc. and LG Electronics Inc. ("LG Electronics") alleges that consumers "recognize the mark 'WHISPER QUIET' as indicating goods originating from Whirlpool." (*Complaint of Jury Demand* filed June 25, 2003, ¶12.)  The plaintiff further alleges that:

> LG Electronics' use in commerce of the mark "WHISPER QUIET" in connection with washing machines and dryers is a false designation of origin and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of LG Electronics with Whirlpool, and as to the origin, sponsorship or approval by Whirlpool of the goods manufactured and sold by LG Electronics and its other commercial activity, within the meaning of 15 U.S.C. § 1125(a).  (*Ibid.* ¶29.)

"WHISPER QUIET" is alleged to have been used by Whirlpool on appliances sold under the Kitchen Aid® name.

Finnegan, Henderson, counsel to LG Electronics, commissioned Guideline Research Corporation to design and conduct this study among relevant consumers to determine the source-related implications  of "Whisper Quiet" when used in connection with major home appliances such as clothes dryers.

## *CONCLUSIONS*

The phrase "Whisper Quiet" does not indicate goods originating from Whirlpool (or Kitchen Aid) to U.S. consumers. The use by LG Electronics of the phrase "Whisper Quiet" on major home appliances such as clothes dryers poses no risk whatever that U.S. consumers would be led to believe that the appliances are produced or manufactured by Whirlpool (or Kitchen Aid), or that Whirlpool (or Kitchen Aid) are connected or affiliated with, or gave authorization to , LG Electronics.

- Not one respondent out of more than 200 identified Whirlpool (or Kitchen Aid) as the source of an appliance, or as being connected with or providing authorization to the maker of the appliance, by virtue of the phrase "Whisper Quiet" shown on the appliance.

- The extent to which Whirlpool (or Kitchen Aid) were identified by virtue of all reasons combined was no different in the Test Group seeing "Whisper Quiet" on the appliance than in the Control Group seeing "Quiet Operation" on the appliance.

"Whisper Quiet" has virtually no strength as an indicator of source in major home appliances.

- Only 23% of respondents said they had previously seen or heard of "Whisper Quiet" in connection with home appliances; a figure that is numerically lower than the corresponding figure for "Quiet Operation", which was 30%.

- There was no convergence of opinion among those saying they had previously seen or heard of "Whisper Quiet" as to which specific company has used this phrase in home appliances.  No one named Kitchen Aid and Whirlpool shared the votes with three other brands, Maytag, Sears/Kenmore and GE.

- Identification of "Whisper Quiet" with Whirlpool is estimated to be at the negligible level of 2%, net of "noise, " and there was no identification  of "Whisper Quiet" with Kitchen Aid.

## *METHOD*

### <u>OVERVIEW</u>

In designing and conducting studies intended to measure consumer perceptions and beliefs, we follow the guidelines and standards generally employed in the field of survey research, as well as the criteria set forth in the <u>Reference Guide on Survey Research</u> published by the Federal Judicial Center (2000).

These standards and criteria require that:

1. Those responsible for the design, conduct and analysis of the survey be experts in the field of survey research.

2. The survey design properly address its objectives.

3. The relevant universe be defined appropriately.

4. A representative sample be drawn from the relevant universe.

5. The measures collected include data for control groups and/or control questions when appropriate.

6. The survey questions be framed clearly and precisely, and so as to avoid bias; and, as far as possible, so as to avoid order or context effects.

7. The interviewers be well-trained and be without knowledge of the purposes for which the data will be used.

8. The interviews be conducted in a correct and unbiased manner and in accordance with generally accepted standards of procedure in the field.

9. Once gathered, the data be accurately analyzed and reported.

These criteria are discussed in greater detail on the following pages.

## STUDY AUTHORSHIP AND RESPONSIBILITY

This study was designed, supervised and implemented by Guideline Research Corporation, under the supervision of Robert N. Reitter, Senior Vice President.

Biographical material on Mr. Reitter is provided in Appendix A.

The author has been accepted as an expert witness in the field of marketing research in several court jurisdictions and before the NAD/NARB.

## STUDY DESIGN

Two separate groups of similarly qualified respondents were interviewed:

- In the Test Group, 210 respondents were shown photographs of a dryer made by LG Electronics imprinted with the words "Whisper Quiet"

- In the Control Group, 208 respondents were shown photographs of a dryer made by LG Electronics imprinted with the words "Quiet Operation"

All respondents were then questioned to determine with what source or sources they connected the  dryer shown in the photographs.  (The actual line of questions asked are detailed below, under "Questionnaire".)  The photos remained in view while the questioning was in progress.  As the last question series, respondents were asked whether they had ever before seen or heard the phrase "Whisper Quiet" (or, in the Control Group, "Quiet Operation"), in connection with home appliances, and if so, what company they believed has used this exact phrase.

The purpose of the Control Group was to measure "noise"; that is, the extent to which respondents tend to identify any particular brand, such as Whirlpool or Kitchen Aid, when shown a phrase that is not alleged to indicate goods originating from Whirlpool.

## THE RELEVANT UNIVERSE OF INTEREST

The relevant universe for this study was defined as adult males and females 18 or older, who, within the past 12 months, had personally been involved in purchasing a clothes washer or a clothes dryer, or were likely to be involved in doing so within the next three months.

The survey excluded persons employed in fields which would give them special knowledge or insight about this subject, namely those working in advertising or market research, or for a manufacturer of home appliances or a store that sells home appliances. Similarly, persons who had an immediate household member so employed were excluded from participation. Screening out people with special knowledge is a generally accepted procedure.

The actual wording of the screening questions used is shown in Appendix B.

## SAMPLING PLAN

The sampling procedure employed, which utilized shopping malls as a means of identifying relevant consumers, has been widely used and relied upon by market researchers, and many business decisions of consequence are made based on studies that employ such plans. Properly designed and executed studies of this type have been accepted in numerous court decisions.

A multi-stage sampling plan was executed in interviewing facilities located in shopping malls in each of the four principal U.S. Census regions. The four stages of the sampling plan for this study were:

SAMPLING UNIT
1.    Census regions
2.    Metropolitan Areas within regions
3.    Shopping malls within Metropolitan Areas
4.    Respondents within shopping malls

1.   <u>Census Region Selection</u>

In accordance with generally accepted standards, the study was conducted in each census region -- Northeast, South, Midwest and West -- thus obtaining a cross section of residents from all parts of the country.

2.   <u>Metropolitan Area Selection</u>

The selection of markets for this study was carried out using a sample design developed by Professor Martin R. Frankel[1].  Professor Frankel developed a computer program for Metropolitan Area selection specifically for use by Guideline Research Corporation.

The population frame for the first stage of sample selection consists of the 112 Metropolitan Areas[2] in the United States which have one or more permanent mall interviewing facilities.

Prior to sample selection, the sampling frame was stratified on the basis of census region, census division and Metropolitan Area size within region.  The allocation of sampling points among the regions was in proportion to the Metropolitan Area population of these regions.  Within a region, the allocation of sampling points was in proportion to the population of Metropolitan Areas which have one or more permanent mall interviewing facilities.

---

[1] Martin R. Frankel, Ph.D. is Professor of Statistics and Computer Information Systems at the Bernard M. Baruch College, City University of New York.  Professor Frankel is the Chairman of the Research Quality Council of the Advertising Research Foundation.  He has served as the Chairman of the Survey Research Section of the American Statistical Association and as Standards Chair of the American Association for Public Opinion Research.  Dr. Frankel is the author of several publications on the methods and theory of survey sampling.
[2] In New England, Metropolitan Areas follow the definitions of NECMAS (New England County Metropolitan Areas) as defined by the U.S. Bureau of the Census.

This procedure yielded a sample of the following 16 Metropolitan Areas:

| | |
|---|---|
| Akron | Los Angeles |
| Albany | Melbourne |
| Baltimore | Nashville |
| Chicago | New York |
| Cleveland | Orange County |
| Dallas | Philadelphia |
| Denver | Portland |
| Ft. Lauderdale | Washington, D.C. |

3.   <u>Shopping Mall Selection</u>

The criteria for selecting a specific shopping mall testing facility within each of the Metropolitan Areas selected included: 1) that an experienced interviewing organization existed within the mall, and 2) that this organization had a permanent office within the shopping center created specifically to conduct interviews with consumers, 3) that their workload was such that they could complete their portion of the assignment within the desired schedule. Using these criteria, the following malls were selected as interviewing sites:

| <u>Market</u> | <u>Mall</u> |
|---|---|
| Akron | Rolling Acres Mall |
| Albany | Crossgates Mall |
| Baltimore | White Marsh Mall |
| Chicago | Spring Hill Mall |
| Cleveland | Richmond Town Square |
| Dallas | Vista Ridge Mall |
| Denver | Aurora Mall |
| Ft. Lauderdale | Pembroke Lake Mall |
| Los Angeles | Moreno Valley Mall |
| Melbourne | Melbourne Square Mall |
| Nashville | Rivergate Mall |
| New York | King Plaza Mall |
| Orange County | Mainplace |
| Philadelphia | Cherry Hill Mall |
| Portland | Lloyd Center |
| Washington, D.C. | Springfield Mall |

4.     Respondent Selection

It is often found by market researchers that people who frequent shopping malls are more apt to be female than male and tend to be younger than the population as a whole.

To safeguard against the skewing toward any particular age or gender group, a "quota screening" procedure was employed in which males and females, aged 18 years and older, were approached in three age groupings proportionate to their presence in the population.  In this manner, these age groups were  correctly represented for the purpose of determining eligibility according to census demographics.

Based on available data[3], these screening quotas were established:

| Ages | Male % | Female % |
|------|--------|----------|
| 18 - 34 | 16.0 | 15.7 |
| 35 - 49 | 15.7 | 16.0 |
| 50 + | 16.5 | 20.1 |

While screening was in proportion to population, actual inclusion in the sample was not necessarily, and need not be, proportional to census demographics. Once a respondent met age screening needs, inclusion in the study was based on the fact that he or she met all the stated prerequisites.

Thus, by setting quotas for screening the number of males and females by age group, a representative number of qualifiers within each age group was obtained on an "as they fall" basis, thereby providing a directly proportionate sample of relevant consumers.

---

[3] Source:  2001  Statistical Abstract of the United States, published by the U.S. Census Bureau.

## DOUBLE-BLIND INTERVIEWING

It is important to point out that the study was administered under "double-blind" conditions.  That is, not only were the respondents kept uninformed as to the purpose and sponsorship of the study, but the interviewers were similarly "blind" with respect to the study's purpose and sponsorship.  Without such knowledge, there is little likelihood that some interviewer(s) might ascertain what responses would be desirable from the sponsor's perspective, and thereby be in a position either to exert an influence on the respondents in this regard, or to modify their recording of a respondent's answers so as to be "helpful".

## QUESTIONNAIRE

Qualified respondents were seated in a one-on-one interviewing room in the research facility at the shopping mall, and the photographs which they were assigned to be shown were placed in front of them.

Respondents in the Test Group were shown a photograph of the control panel of an LG clothes dryer.  Below the LG logo, the following phrases appeared:

> Ultra Capacity
> Stainless Steel Drum
> Sense Dry
> Whisper Quiet

Next to this photograph was placed another, an enlargement of the section showing the LG logo and the phrases below it.  A copy of each of these photographs is shown in Appendix F.

Respondents in the Control Group were shown photographs identical to those shown to the Test Group, except that in place of the phrase "Whisper Quiet", they saw the phrase "Quiet Operation". These photographs are shown in Appendix G.

The photographs were placed in front of respondents, and remained in view for the duration of the questioning.

At the outset, respondents were told:

> Please look at these photos of a clothes dryer as you would if you were in a store and considering whether or not to purchase this particular dryer. (If you normally wear glasses, please put them on.) Take as much time as you need. When you are through I will ask you a few short questions about it. If you don't know an answer to any particular question that I ask, it's okay to tell me so.

They were then asked:

1. Who do you think produces or manufactures this dryer?

2. What makes you think so? Anything else?

3a. Do you think the company that produces or manufactures this dryer is connected or affiliated with any other company?

If "yes":

> 3b. What company? (Record verbatim)
>
> 3c. What makes you think so? Anything else?

4a. Do you think the company that produces or manufactures this dryer got authorization, that is, permission from any other company to do so?

If "yes":

> 4b. From what other company do you think it got authorization, that is, permission?
>
> 4c. What makes you think so? Anything else?

Interviewers pointed to the phrase "Whisper Quiet" (or for the Control Group, "Quiet Operation") and then asked:

> 5a. Have you seen or heard this exact phrase Whisper Quiet, used in connection with home appliances before?

> If "yes":

>> 5b. What company has used this exact phrase in connection with home appliances?

The actual text of each questionnaire (Screener, Main Questionnaire for the Test Group, Main Questionnaire for the Control Group) is shown in Appendix B.


## INTERVIEWING PROCEDURES

Screenings for eligibility were conducted on the mall premises in each designated shopping mall.  Once qualified, respondents were escorted into the interviewing facility that was operated by the interviewing organization.  Throughout the assignment, tight control and supervision was maintained over all aspects of the interviewing.

Guideline prepared customized, detailed interviewer and supervisor instructions for this assignment.  Copies of these instructions are found in Appendix C of this report.

Before beginning work on this study each interviewer was required to:

- Read the interviewer instructions.
- Attend a personal briefing.  At this briefing, interviewing procedures were outlined and discussed in detail, question by question.
- Complete one or more practice interviews.

Additionally, a representative from each interviewing facility was required to contact a Guideline representative with periodic detailed progress reports. This allowed Guideline to closely monitor and supervise the progress of the study.

## RESPONDENT VERIFICATION

In addition to on-spot verification where both respondent and interviewer signed their respective names onto a "certification" page, telephone follow-up validation calls were attempted by an independent company who specializes in this type of work to verify that the interview did in fact take place and that only qualified respondents were interviewed.

A listing of each respondent's name and phone number was sent to Outfielders of Eastchester, NY, an independent telephone interviewing service, for verification.

This independent validating service was given the responsibility of attempting to recontact respondents by phone to confirm that:

- Such a person actually existed.
- He/she met the universe requirements for this study.
- He/she was actually interviewed for this study.

A total of 424 interviews were completed of which 415 provided telephone numbers. Outfielders successfully contacted 288, which represents a level of validation (69%) far exceeding the customary industry practice, which is to validate 15-20%. This validation procedure identified four scattered discrepancies. These interviews were removed from the database, along with two others, conducted by one of the interviewers who had a discrepancy, for which the respondents were unable to be contacted.

## CHECK-IN PROCEDURES

Completed interviews were reviewed to ensure that respondents' answers to screening questions indicated that they met all eligibility requirements and that the interviews themselves were complete.

## INTERVIEWING PERIOD

Interviewing was conducted from December 16, 2003 through January 20, 2004.

## DATA PROCESSING

Data was entered using 100% verification.  That is, each and every respondent's answer was entered twice and then compared.

## *DETAILED FINDINGS*

When asked (in Q. 1) who they thought produces or manufactures the dryer shown, about 40% of respondents said they didn't know.  Only some 23% said LG, while about 10% named GE and Maytag, respectively.  Some 7% named Whirlpool (15 respondents in the Test Group and 14 respondents in the Control Group).  About 6% named Sears or Kenmore.  Only one respondent (in the Control Group) named Kitchen Aid.

|  | Test Group<br>Whisper Quiet | Control Group<br>Quiet Operation |
|---|---|---|
| Base:  Total Respondents | (210) | (208) |
|  | % | % |
|  |  |  |
| LG | 22.9 | 23.6 |
| GE | 9.5 | 11.1 |
| Maytag | 10.0 | 8.7 |
| Whirlpool | 7.1 | 6.7 |
| Sears/Kenmore | 8.1 | 4.3 |
| Westinghouse | 0.0 | 1.0 |
| Kitchen Aid | 0.0 | 0.5 |
| All others | 4.3 | 3.4 |
| Don't know | 40.5 | 42.8 |

*Note:  Some respondents gave multiple answers.*

These results are shown in Appendix E, Table 1.

Most of the 30 respondents identifying Whirlpool or Kitchen Aid cited reasons for doing so that bore no relation to the phrase "Whisper Quiet" or "Quiet Operation".  The typical reason cited was that the style of the dryer, or the panel or the buttons, reminded respondents of that brand.  These results are shown in  Appendix E, Table 3 (for Kitchen Aid) and Table 4 (for Whirlpool).  Similar reasons were cited by respondents identifying Maytag (Table 5), Sears/Kenmore (Table 6) and GE (Table 7).

Two respondents are listed (in Table 4) as giving a reason for identifying Whirlpool that could conceivably be related to the phrase shown on the dryer.  One of these respondents was in the Test Group (respondent 1003) and gave as a reason for naming Whirlpool that "it is one I have seen before."  It is conceivable that the reference was to the phrase.  But later in the interview, this same respondent said she had not seen or heard the phrase "Whisper Quiet" used in connection with appliances before.  The second such respondent, who was in the Control Group (respondent 2025), also said "I have seen it before"; this respondent had seen or heard of the phrase "Quiet Operation" before, and attributed it to Whirlpool.

Thus the sole instance in this study of a connection between Whirlpool or Kitchen Aid that could possibly be attributed to one of the phrases tested in the study occurred in the Control Group, which saw "Quiet Operation", not "Whisper Quiet."

When next asked (in Q. 3a) whether the company that produces or manufactures the dryer is connected or affiliated with any other company, some 20% of respondents answered in the affirmative.  Asked with what company, only four respondents in the Test Group (and nine in the Control Group) named Whirlpool or Kitchen Aid.

| | Test Group Whisper Quiet | Control Group Quiet Operation |
|---|---|---|
| Base:  Total Respondents | (210) | (208) |
| | % | % |
| *Yes, connected/affiliated* with: | *20.5* | *20.2* |
| GE | 6.2 | 7.2 |
| Sears/Kenmore | 3.8 | 3.8 |
| Maytag | 0.5 | 2.4 |
| Whirlpool | 1.9 | 3.8 |
| Westinghouse | 1.0 | 1.0 |
| LG | 0.5 | 0.0 |
| Kitchen Aid | 0.0 | 0.5 |
| All others | 4.5 | 1.4 |
| Don't know | 3.8 | 2.9 |

*Note:  Some respondents gave multiple answers.*

Page 17

Most of the respondents naming Whirlpool or Kitchen Aid as connected or affiliated with the company that manufactures or produces the dryer either cited the style of the appliance or gave no particular reason for saying so.  One person in the Control Group (respondent 2057) was classified as naming Whirlpool for a reason that could conceivably be connected to "Quiet Operation".  Actually, this respondent merely gave *"I just know."* as the reason.  When later asked if she had ever before seen or heard the phrase "Quiet Operation" used in connection with home appliances, this respondent said No.  These results are shown in Appendix E, Table 13.

Asked (in Q. 4a) whether the company that produces or manufactures the dryer got authorization from any other company, somewhat under 20% of respondents said Yes.  Asked from what other company, 7 respondents in the Test Group and 3 respondents in the Control Group named Whirlpool; none named Kitchen Aid.

|  | Test Group<br>Whisper Quiet | Control Group<br>Quiet Operation |
|---|---|---|
| Base:  Total Respondents | (210)<br>% | (208)<br>% |
| *Yes, got authorization*<br>from: | *16.7* | *18.8* |
| GE | 4.3 | 6.3 |
| Maytag | 2.9 | 2.4 |
| Whirlpool | 3.3 | 1.4 |
| Sears / Kenmore | 1.0 | 1.0 |
| Westinghouse | 0.0 | 0.5 |
| Kitchen Aid | 0.0 | 0.0 |
| LG | 0.5 | 0.0 |
| Others | 2.4 | 3.4 |
| Don't know | 3.8 | 4.3 |

*Note:  Some respondents gave multiple answers.*

None of the respondents naming Whirlpool in either the Test Group or the Control Group gave a reason for doing so that was in any way connected to "Whisper Quiet" or "Quiet Operation".  These results are shown in Appendix E, Table 22.

When asked (in Q. 5a) whether they had ever seen the exact phrase "Whisper Quiet" (or in the Control Group, "Quiet Operation") used in connection with home appliances before, the phrase shown to the Control Group turned out to be directionally more familiar to respondents than the phrase at issue shown to the Test Group. 30% of those shown "Quiet Operation" as against 23% of those shown "Whisper Quiet" said they had seen or heard the phrase used in connection with appliances before; a difference that is not, however, statistically significant at the 95% confidence level.

Whirlpool was identified as the source of "Whisper Quiet" by only 5.7% of all respondents while "Quiet Operation" was so identified by 3.4%. Thus, identification of "Whisper Quiet" with Whirlpool, net of "noise," is at the negligible level of 2% (5.7% less 3.4%). There was no instance of identification of "Whisper Quiet" with Kitchen Aid.

| | Test Group Whisper Quiet | Control Group Quiet Operation |
|---|---|---|
| Base: Total Respondents | (210) % | (208) % |
| *Yes, seen or heard phrase before* used by: | _23.3_ | _29.8_ |
|     Whirlpool | 5.7 | 3.4 |
|     Maytag | 4.8 | 6.3 |
|     GE | 2.9 | 4.8 |
|     Sears / Kenmore | 3.3 | 4.8 |
|     Westinghouse | 0.0 | 0.5 |
|     Kitchen Aid | 0.0 | 0.0 |
|     Others | 3.3 | 5.8 |
|     Don't know | 5.2 | 8.7 |

It is remarkable that among the 23% of respondents believing they had previously seen or heard of "Whisper Quiet" used in connection with appliances, there was no convergence of opinion as to which specific company had used this phrase. Rather, opinion was divided among four brands: Whirlpool, Maytag, Sears/Kenmore and GE.

**APPENDIX A**

**BIOGRAPHICAL BACKGROUND OF STUDY'S AUTHOR**

## Robert Reitter

Robert Reitter, Senior Vice President of Guideline has over 35 years of marketing research experience. He holds B.A. and M.A. degrees from Yale University. At Guideline, Mr. Reitter has to date designed and supervised more than three hundred studies intended to withstand adversarial scrutiny, including Claims Substantiation, Trademark, and Advertising Perception studies.

Prior to joining Guideline, he headed his own firm, serving as the planner and interpreter of marketing research for companies in the food, beverage, fashion and travel industries.

He began his market research career at General Foods, has spoken at meetings of the American Marketing Association, the Advertising Research Foundation, and other professional forums. He has published in the *Journal of Marketing Research*, is on the editorial board of the *Journal of Advertising Research,* has prepared a manual of market research procedure, and has been invited to address the ASTM on the that organization's manual of procedure for claims substantiation testing. Having been repeatedly accepted as an expert in marketing research, his reports have been relied upon by federal and state courts, the Federal Trade Commission, and the National Advertising Division of the Council of Better Business Bureaus, Inc. (NAD).

## Robert N. Reitter

### Curriculum Vitae

### Employment

| 1990- | Senior Vice President, Guideline Research Corporation; then President, Guideline Associates division of Find/SVP |
|---|---|
| 1968 - 1990 | President, Reitter, Wilkins & Associates, Inc. |
| 1967 - 1968 | Associate, Land-Reitter Associates |
| 1966 - 1967 | Assistant Director of Research, PKL Advertising |
| 1963 - 1966 | Product Research Assistant, General Foods Corporation |

### Publications and Speeches since 1993

Implementation Issues in Claims Substantiation Seminar at a meeting of the Advertising Research Foundation, New York, 1997

What You Need to Know to Be Successful before the NAD The 8th National Advanced Forum for Advertising Law, New York, 2001

ASTM Standards for Claim Substantiation from a Research Practitioner's Perspective Presentation to an ASTM Committee, Salt Lake City, 2004

Survey Research and Dilution Presentation to the Practicing Law Institute, New York, 2004

### Education

| 1962 | Master of Industrial Administration, Yale University |
|---|---|
| 1960 | French National Scholar, University of Paris |
| 1959 | Bachelor of Arts cum laude, Yale College |

*Testimony at Trial or by Deposition since 1999*

| Year | Case | Court |
|---|---|---|
| 1999 | Pizza Hut v. Papa John's Int'l. | USDC Northern District of TX |
| 1999 | The Teaching Co. Ltd. v. Unapix | USDC Eastern District of VA |
| 2001 | Qwest Communications v. Worldquest | USDC Eastern District of VA |
| 2001 | The Swatch Group (US) v. Movado | USDC Southern District of NY |
| 2002 | Energizer Holdings, Inc. v. Gillette | USDC Northern District of IL |
| 2002 | DC Comics v. The Wella Corp. | USDC Southern District of NY |
| 2002 | Pharmacia Corp v. GlaxoSmithKline | USDC District of NJ |
| 2003 | Citizens Financial Group v. CNB | USDC Western District of PA |
| 2003 | V&S Aktiebolag v. Cracovia Brands | USDC Northern District of IL |
| 2004 | Diarama Trading Co. v. J. W. Thompson | USDC Southern District of NY |
| 2004 | Louis Vuitton v. Dooney & Bourke | USDC Southern District of NY |
| 2004 | People v. Altaire et al. | Superior Court of California |

**APPENDIX B**

**QUESTIONNAIRE**

GUIDELINE RESEARCH CORPORATION                                    Job #F31-033
3 West 35th Street
New York, NY  10001                                              December, 2003

# H O M E   A P P L I A N C E   S T U D Y
## ( S C R E E N E R )

| **MARKET:** (5) | **MARKET:** (6) | **AGE:** (7) | **GENDER:** (8) |
|---|---|---|---|
| Akron.................................1 | Los Angeles........................1 | | Male ................ 1 |
| Albany ..............................2 | Melbourne...........................2 | 18 - 34 .............1 | |
| Baltimore ..........................3 | Nashville.............................3 | | Female............ 2 |
| Chicago ............................4 | New York.............................4 | 35 - 49 ...........2 | |
| Cleveland...........................5 | Orange County ...................5 | | **COLOR:** (9) |
| Dallas ...............................6 | Philadelphia........................6 | 50+ ..................3 | |
| Denver...............................7 | Portland ..............................7 | | Pink.................. 1 |
| Ft. Lauderdale ..................8 | Washington, DC .................8 | | Blue................. 2 |

---

### SIGHT SCREEN FOR MEN AND WOMEN 18 YEARS OF AGE OR OVER

Hello, I'm _____ of Guideline Research, a national market research organization.  We're conducting a survey in your area and I'd like to ask you a few brief questions.

A.  But first, do you or does any member of your immediate household work in ... *(Read list and record "Yes" or "No" for each).*

| | Yes | | No |
|---|---|---|---|
| Market research ................................................. | 1 | ............ | 1 |
| Advertising ........................................................ | 2 | ............ | 2 |
| For a manufacturer of home appliances............. | 3 | ............ | 3 |
| For a store that sells home appliances .............. | 4 | ............ | 4 |

*Terminate if "Yes" to any boxed occupation listed above.  Record in box below.  Erase and re-use screener.*

*Terminate Q. A:  Related Occupation*---------------------- | 1  2  3  4  5  6  7  8  9 | (10)

*Terminates at Q. A do not count towards screening quota.*



CARD 1 Cont'd

**B.** And which of the following includes your age?  Are you ... *(Read list.)*

| | | | | |
|---|---|---|---|---|
| A. | Under 18........ | 1 → | **Terminate.  Circle in box below.  Erase and re-use Screener.** |
| B. | 18 - 34 years.. | 2 | |
| C. | 35 - 49 years | 3 → | **Check quotas.  If needed continue.  If over quota, terminate. Circle in box below.  Erase and re-use screener.** |
| D. | 50 years & over | 4 | |
| | **(DO NOT READ)** | | |
| | Refused .............. | X → | **Terminate.  Circle in box below.  Erase and re-use Screener.** |

**Terminate Q. B:  Under Age/Over Quota/Refused ------    1   2   3   4   5   6   7   8   9**   (11)

**Terminates at Q. B do not count towards screening quota.**

**C.** Which of the following home appliances, if any, have you yourself purchased or been involved in purchasing in the past 12 months?  *(Read list.  Record for each "yes" below under Column Q. C.)*

**D.** And, which of the following home appliances, if any, are you likely to purchase or be involved in purchasing in the next 3 months?  *(Record for each "yes" below under Column Q. D.)*

| | Q. C<br>Bought In<br>Past 12 Months<br>(12) | Q. D<br>Likely to Buy<br>In Next 3 Months<br>(13) |
|---|---|---|
| A refrigerator | 1 | 1 |
| A vacuum cleaner | 2 | 2 |
| A dishwasher | 3 | 3 |
| A clothes washer | 4 | 4 |
| A clothes dryer | 5 | 5 |

**Respondent must say "yes" to "clothes washer" or "clothes dryer" in either Q. C OR Q. D OR both to continue.  All others, terminate, record in appropriate box below, erase and re-use screener.**

**Terminate Q.C/ D:   Has not bought a clothes washer or dryer in past 12 months and is not likely to buy in next 3 months**

| **MALES** | | **FEMALES** | |
|---|---|---|---|
| **18 - 34** | | **18 - 34** | |
| 01  02  03  04  05  06  07  08  09  10 | (14, | 01  02  03  04  05  06  07  08  09  10 | (20, |
| 11  12  13  14  15  16  17  18  19  20 | 15) | 11  12  13  14  15  16  17  18  19  20 | 21) |
| **35 - 49** | | **35 - 49** | |
| 01  02  03  04  05  06  07  08  09  10 | (16, | 01  02  03  04  05  06  07  08  09  10 | (22, |
| 11  12  13  14  15  16  17  18  19  20 | 17) | 11  12  13  14  15  16  17  18  19  20 | 23) |
| **50 or older** | | **50 or older** | |
| 01  02  03  04  05  06  07  08  09  10 | (18, | 01  02  03  04  05  06  07  08  09  10 | (24, |
| 11  12  13  14  15  16  17  18  19  20 | 19) | 11  12  13  14  15  16  17  18  19  20 | 25) |

**Terminates at Q. C/D do count toward screening quota.**

> CARD 1 Cont'd

E.    Do you usually wear eyeglasses or contacts when reading?

> Yes........................... 1   →   *(Ask Q. F)*
> No ........................... 2   →   *(Skip to Q. G)*

F.    Do you have these eyeglasses or contacts with you?

> Yes........................... 1   →   | *Must be circled to continue.  If not, terminate, circle in box below.  Erase and re-use screener.* |
>
> No ........................... 2

> | *Terminate Q. F:  No Eyeglasses* ----------------------------- | 1  2  3  4  5  6  7  8  9 | (26) |
> | *Terminates at Q. F do __not__ count towards screening quota.* |

G.    *Invite qualified respondent to interviewing facility.  Go to main questionnaire.  If qualified but refused, terminate.  Circle next available number in box below.  Erase and re-use screener. Terminates do __not__ count towards your screening quota.*

> | *Terminate Q. G:  Qualified Refusal* ------------------------- | 1  2  3  4  5  6  7  8  9 | (27) |
> | *Terminates at Q. G do __not__ count towards screening quota.* |

GUIDELINE RESEARCH CORPORATION                                    Job #F31-033
3 West 35th Street
New York, NY 10001                                               December, 2003

# HOME APPLIANCE STUDY
## (MAIN QUESTIONNAIRE)

> **When respondent is seated, place in front of respondent photographs <u>color dotted same color as this questionnaire</u>, and leave these out for remainder of the interview. The enlargement of the left section of the front panel should be placed just to the left of the main photo.**

Please look at these photos of a clothes dryer as you would if you were in a store and considering whether or not to purchase this particular dryer. (If you normally wear glasses, please put them on.) Take as much time as you need. When you are through I will ask you a few short questions about it. If you don't know an answer to any particular question that I ask, it's okay to tell me so.

1.  Who do you think produces or manufactures this dryer? *(Record verbatim. If response is "don't know", skip to Q. 3a.)*

    _____ 28-

    _____ 29-

2.  What makes you think so? *(Record verbatim. Probe:)* Anything else? *(Record verbatim)*

    _____ 30-

    _____ 31-

    _____ 32-

    _____ 33-

    _____

3a. Do you think the company that produces or manufactures this dryer is connected or affiliated with any other company?

    (34)
    Yes.......................... 1
    No ........................... 2  →  *(Skip to Q. 4a)*
    Don't know .............. 3

3b. What company? *(Record verbatim)*

    _____ 35-

    _____ 36-

    _____

3c.  What makes you think so?  *(Record verbatim.  Probe:)* Anything else?  *(Record verbatim)*

_____  37-

_____  38-

_____  39-

_____  40-

_____


4a.  Do you think the company that produces or manufactures this dryer got authorization, that is,
permission from any other company to do so?

(41)

Yes........................... 1

No ............................ 2   → *(Skip to Q. 5a)*

Don't know .............. 3


4b.  From what other company do you think it got authorization, that is, permission?  *(Record verbatim)*

_____  42-

_____  43-

_____


4c.  What makes you think so?  *(Record verbatim.  Probe:)* Anything else?  *(Record verbatim)*

_____  44-

_____  45-

_____  46-

_____  47-

_____

*(Point to phrase on enlarged photograph at left "Whisper Quiet")*

5a.  Have you seen or heard this exact phrase Whisper Quiet, used in connection with home appliances before?

> (48)
> Yes........................... 1
> No ........................... 2
> Don't know .............. 3   → *(Skip to Certification Page)*

5b.  What company has used this exact phrase in connection with home appliances?  *(Record verbatim)*

_____   49-

_____   50-

_____   51-

_____   52-

# CERTIFICATION PAGE

[PRINT:]
NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

AREA CODE: _____ TELEPHONE NUMBER: _____

INTERVIEWER'S NAME: _____

DATE OF INTERVIEW: _____

**RESPONDENT:  PLEASE READ AND SIGN.**

I acknowledge that I was interviewed on this date.  During this interview I was shown photos of a clothes dryer and was asked questions about it.

SIGNATURE: _____

DATE: _____

**INTERVIEWER:  PLEASE READ AND SIGN.**

I certify that I conducted this interview in accordance with the written instructions which I received as well as my supervisor's briefing.

SIGNATURE: _____

DATE: _____

GUIDELINE RESEARCH CORPORATION                                Job #F31-033
3 West 35th Street
New York, NY  10001                                           December, 2003

# H O M E   A P P L I A N C E   S T U D Y
## ( M A I N   Q U E S T I O N N A I R E )

> *When respondent is seated, place in front of respondent photographs <u>color dotted same color</u> <u>as this questionnaire</u>, and leave these out for remainder of the interview.  The enlargement of the left section of the front panel should be placed just to the left of the main photo.*

Please look at these photos of a clothes dryer as you would if you were in a store and considering whether or not to purchase this particular dryer.  (If you normally wear glasses, please put them on.) Take as much time as you need.  When you are through I will ask you a few short questions about it. If you don't know an answer to any particular question that I ask, it's okay to tell me so.

1. Who do you think produces or manufactures this dryer?  *(Record verbatim.  If response is "don't know", skip to Q. 3a.)*

   _____  28-

   _____  29-

2. What makes you think so?  *(Record verbatim.  Probe:)* Anything else?  *(Record verbatim)*

   _____  30-

   _____  31-

   _____  32-

   _____  33-

   _____

3a. Do you think the company that produces or manufactures this dryer is connected or affiliated with any other company?

   |                    | (34) |
   |--------------------|------|
   | Yes                | 1    |
   | No                 | 2    |
   | Don't know         | 3    |

   → *(Skip to Q. 4a)*

3b. What company?  *(Record verbatim)*

   _____  35-

   _____  36-

   _____

3c.  What makes you think so?  *(Record verbatim.  Probe:)* Anything else?  *(Record verbatim)*

_____  37-

_____  38-

_____  39-

_____  40-

_____

4a.  Do you think the company that produces or manufactures this dryer got authorization, that is, permission from any other company to do so?

(41)

Yes........................... 1

No ........................... 2 → *(Skip to Q. 5a)*

Don't know .............. 3

4b.  From what other company do you think it got authorization, that is, permission?  *(Record verbatim)*

_____  42-

_____  43-

_____

4c.  What makes you think so?  *(Record verbatim.  Probe:)* Anything else?  *(Record verbatim)*

_____  44-

_____  45-

_____  46-

_____  47-

_____

*(Point to phrase on enlarged photograph at left "Quiet Operation")*

5a.  Have you seen or heard this exact phrase Quiet Operation, used in connection with home appliances before?

(48)

| | |
|---|---|
| Yes........................... | 1 |
| No ........................... | 2 |
| Don't know .............. | 3 |

→ *(Skip to Certification Page)*

5b.  What company has used this exact phrase in connection with home appliances?  *(Record verbatim)*

_____   49-

_____   50-

_____   51-

_____   52-

# CERTIFICATION PAGE

[PRINT:]
NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

AREA CODE: _____ TELEPHONE NUMBER: _____

INTERVIEWER'S NAME: _____

DATE OF INTERVIEW: _____

**RESPONDENT:  PLEASE READ AND SIGN.**

I acknowledge that I was interviewed on this date.  During this interview I was shown photos of a clothes dryer and was asked questions about it.

SIGNATURE: _____

DATE: _____

**INTERVIEWER:  PLEASE READ AND SIGN.**

I certify that I conducted this interview in accordance with the written instructions which I received as well as my supervisor's briefing.

SIGNATURE: _____

DATE: _____

# APPENDIX C

## FIELD INSTRUCTIONS

# GUIDELINEASSOCIATES

A GUIDELINE GROUP COMPANY

Job #F31-033
Home Appliance Study
December, 2003

Dear Supervisor:

Enclosed are the following materials for the "Home Appliance Study":

- Screeners (Pink or Blue)
- Main Questionnaires (Pink or Blue)
- Photographs (Dotted Pink or Blue)
- Interviewer's Instructions
- Screening Quota Control Sheet
- Progress Report Sheet
- Practice Interview (Tan)
- Validation Listing Sheet

## OVERVIEW

This is a two cell photo test to be conducted in a permanent enclosed mall facility.

You will be sight screening in the mall for males and females 18 *years of age and older.* Qualified respondents will then be escorted back to the interviewing facility to be shown the photograph advertisement and asked some questions about the it.

## STAFF

All interviewers while screening and interviewing on this study are not to be screening or interviewing on any other study.

## BRIEFING

Field supervisors must have read and examined all materials to be completely prepared for the study. The field supervisor must be present at the briefing and be present for all days of interviewing on the study. A field kit of all paper materials must be supplied for each participant at the briefing.

**Each interviewer is to read his/her Interviewer Instructions and sign them. Also, a personal briefing is required.** If possible, one briefing should be conducted. All interviewers must do at least one Practice Interview.

F31-033 Page 2

PLEASE STRESS THE FOLLOWING:
  (1) SHOWING THECORRECT PHOTOS TO MATCH THE COLOR OF THE MAIN QUESTIONNAIRE.
  (2) WRITING RESPONSES FULLY AND CLEARLY ON THE MAIN QUESTIONNARIE
  (3) CROSSING OUT AND INITIALING ANY MISTAKES RATHER THAN ERASING THEM.

All practice interviews must be looked over by you-- and any questions cleared up -- before any actual interviewing is begun. (Each interviewer's signed Instructions are to be stapled to the Practice interview and returned to Guideline Research Inc at the end of the study.).

## QUALITY CONTROL PROCEDURES

**ANY WORK RECEIVED BY OUR OFFICE, WHICH HAS NOT BEEN SUBJECT TO THE FOLLOWING PROCEDURES, WILL BE SUBJECT TO A PAYMENT ADJUSTMENT.**

Strict quality control is a primary Supervisor responsibility.  Guideline Research Inc. requires that the following quality controls be strictly followed:

- This study must be screened by itself, not along with any other projects.
- No more than one respondent per shopping group should be screened.
- Friends, relatives or acquaintances must NOT be interviewed.
- Except for the interviewer no one else is to be in the interviewing room with the respondent.
- Anyone accompanying the respondent must wait for the respondent in the waiting room.
- Be sure the respondent does not see the photo before it is indicated to be shown.
- Interviewing should not be conducted with anyone who has a hearing, visual or English language problem.

## SECURITY INSTRUCTIONS

- All materials related to this study are the property of Guideline Research Inc and our client.
- You are responsible for all materials being used on this study; all materials are to be kept out of sight of anyone not directly involved in the study.
- No one representing Guideline Research Inc or our client is to be admitted to the facility or have access to the materials without your first calling Guideline Research to confirm. Further, no one is to be permitted access to the facility or materials without showing satisfactory identification.

## EDITING

All work should be edited soon after completion in order to spot errors and quickly bring them to an interviewer's attention.

In editing check for:

- Completeness including market on the front of each screener of each completed questionnaire
- Following proper skip patterns exactly.
- Verbatim capture of comments.  (See "Open-Ended Responses" on Interviewers Instructions.)

F31-033 Page 3

- Legible handwriting
- Certification page filled out by interviewer and respondent.

If an interviewer appears not to be following instructions exactly, please alert him/her to that as soon as possible and take remedial action if needed.


## VALIDATION

- List only <u>ONE</u> interviewer's work on a validation sheet.
- Fill out all required respondent information, interviewer name, city and quota group.
- Be sure about indicating <u>correct</u> area code for every respondent.
- Write listings in <u>black ink ONLY</u>.
- You are not to phone validate, since we will be independently validating 100% of every interviewer's work, as well as doing a duplicate number search.
- You must, however, monitor or do in-site validation for at least 10% of each interviewer's work and note validated work on Validation Listing Form.

- Handling "No Phone" or "Refused Phone"

    The Supervisor must attempt to do a telephone lookup for all respondents who do not give a phone number. If a number is <u>not</u> found, indicate that you have attempted a look-up by writing "L.U.".


## PROGRESS REPORTS

Enclosed are Progress Report Sheets for your convenience. Accurate cumulative reports are to be received by us each day the study continues. We are to <u>RECEIVE</u> them by <u>10:00 AM OUR TIME</u>.

- **FAX # 212-947-6294 (Preferred). Do <u>not</u> use a cover sheet, just fill in all the required information on the Progress Report Sheet. Be sure to write <u>your city</u> and <u>contact</u> name on each sheet of the report.**


## RETURNING WORK

- Completed interviews are to be bundled together by interviewer with that interviewer's Validation Sheet on the top of the pile.
- Completed interviews are to be stapled together in the following order:
- 1) SCREENER
- 2) MAIN QUESTIONNAIRE
- Bundle together all Screeners that contain a record of termination. Mark each screener "For Tallies Only". Label this bundle "<u>Screener -- Tallies Only</u>".
- Return all PRACTICE interviews.
- Enclose Master/Final Progress Report Forms.
- Return photos ONLY after instructed by Guideline Research Inc

## SHIPMENT/CHARGES

- Use the blank waybills provided as they contain our account # and address
- All shipments are to be send Federal Express Priority Overnight to Adapt Inc. and charged to our Federal Express Account #0100-0112-9 unless otherwise specified
- Insure packages for $500.00
- Indicate Job #F31-033 on airbill for all shipments
- Important
  Since Guideline Research does not want to incur additional shipping charges, make sure that all items specified above are included with your completed questionnaires, unless otherwise specified.  If you "forget" we will have to deduct the additional shipping charges from your bill.

## BILLING

Submit all bills under separate cover to the attention of our Accounting Department.

Thank you for your help with this survey.

Sincerely,

Nelly Valentin
Field Director

Guideline Research Inc
3 West 35th Street
New York, New York 10001

Job #F31-033
Home Appliance Study
December, 2003

## INTERVIEWER INSTRUCTIONS

INTERVIEWER'S NAME: _____ DATE: _____

BRIEFING SUPERVISOR: _____

### MATERIALS

- Screeners (pink or blue)
- Main Questionnaires (pink or blue)
- Photographs (Dotted pink or blue)
- Practice Interviews (Tan)
- Validation Listing Sheet

### OVERVIEW AND DESCRIPTION OF CELLS

This is a two cell test to be conducted in a permanent enclosed mall facility. Each cell uses two photos which are to be placed side by side as shown on the attached photocopy. Both photos for the pink cell are dotted pink on the reverse side. Similarly, both photos for the blue cell are dotted blue on the reverse side. It is essential that all pink cell questionnaires use the pink photos and that all blue cell questionnaires use the blue photos.

You will be sight screening in the mall for: males and females 18 *years of age and older*.
Qualified respondents will then be escorted back to the interviewing facility to be shown a photograph of a clothes washer and asked some questions about the photograph.

### QUOTA ASSIGNMENT

Your supervisor will give you a quota assignment by gender and age. Refer to the enclosed Master Quota Control Sheet to determine your exact quota assignment.

### DO YOU HAVE A QUOTA FOR COMPLETED MAIN QUESTIONNAIRES?

No, you do not. You have a quota for screenings; we take completes "as they fall".

However, we always have a "target" number of completes which we hope will fall in. If we fall significantly short of this number, we may ask you to do additional screenings.

You are to do exactly the number of screenings assigned by age and sex : NO MORE, NO LESS.

### WHAT COUNTS TOWARD YOUR SCREENING QUOTA

The questions on the Screener clearly state whether or not they count toward your screening quota.

IMPORTANT:
Because you have a screening quota by age and sex, all terminated questions that count toward your quota have termination boxes that are also broken down by age and sex. It is imperative that when terminating a respondent you circle the next available number in the appropriate age and sex group for that terminated respondent. This is the only way you will be able to accurately keep track of your screening quotas by age and sex.

### POSSIBLE COMMON MISTAKES TO AVOID IN USING THIS PROCEDURE
- Conducting too many screenings (by age and sex).
- Using a separate tally sheet to record terminates and not recording terminates directly on the screener in the boxed area.
- Mistaking terminated screenings (ineligible respondents) for completed interviews.
- Mistaking total screening assignment for total quota of interviews to be completed.

## ELIGIBILITY

An eligible respondent is a male or female who meets the following requirements:

- Respondent must pass occupational security (Q. A).
- Respondent must be 18+ years of age and needed for your screening quota (Q. B).
- Respondent must have purchased or been involved in purchasing a clothes washer or clothes dryer in the past 12 months (Q.C).

- OR –

- Respondent must be likely to purchase or to be involved in purchasing a clothes washer or clothes dryer in the next 3 months (Q.D).
- Respondent must have glasses/contact lenses with them if worn when watching reading (Q. E/F)
- Respondent must be willing to participate (Q. G)

## QUALITY ASSURANCE IN SCREENING

- Do not interview friends, relatives or acquaintances.
- When screening for this study you must not screen for any other study at the same time.
- Only one potential respondent in a group of people may be screened.
- Only one potential respondent is to be in the interviewing room at the time of the interview.
- Anyone accompanying the respondent must wait for the respondent in the waiting room.
- Be sure the respondent does not see the photo before it is indicated to be shown.
- Do not proceed to interview anyone who has a hearing, visual or English language problem.

## MAIN QUESTIONNAIRE

### GENERAL GUIDELINES

- Read introductions and all questions exactly as written.
- Always give respondents enough time to answer.
- Mark answers clearly and write clearly
- Under no circumstances are you to discuss the PHOTOGRAPHS with him/her. Read the questions referring to the PHOTOS verbatim as written, always referring to the PHOTO AND SAYING ONLY WHAT THE QUESTIONNAIRE STATES.

### OPEN ENDED RESPONSES

- Read open-ended questions slowly and ask respondent to slow down if you cannot write quickly enough. **WE NEED EXACT VERBATIM RESPONSES.** Capture comments exactly as respondent states them -- **never summarize or paraphrase.**
- Capture comments in the words of the respondent. Do not say "she said…" or "she felt…" rather; just write down exactly what the respondent says.
- If respondent says, "I have already answered the question", or "same", do not write this –instead, ask them to repeat their answer and write it verbatim.
- Give respondent sufficient time to think and answer a question before continuing.
- Never reword the questions. Simply repeat the question if the respondent indicates that he/she does not understand. **DO NOT** attempt to explain any questions.
- Probe in a neutral manner as described in the Probing section if a sentence or idea is incomplete or vague. Probe only to clarify a vague or incomplete answer, **DO NOT** probe for additional information.

## PROBING

We cannot accept unclear responses. You should be sure that the response is clear and that **you** understand it before proceeding to the next question.

**THEREFORE, YOU MUST ALWAYS PROBE TO CLARIFY ANY RESPONSE THAT IS UNCLEAR.**

You should **probe to clarify** in a **neutral manner** for any vague, unclear or incomplete responses:

- Use respondent's own "key" words when probing/clarifying; or
- "What exactly about the photo _____?" or
- "Can you explain what you mean by ____?"

**Probe only for clarification purposes, using a (P) to indicate that a clarifying probe was used.**
Do not probe for additional information, you are only to **probe to clarify** a vague, unclear, or incomplete response.

## SCREENER QUESTION BY QUESTION INSTRUCTIONS

SCREENER:

Be sure you are familiar with the circle screener method of termination.  If you are not, ask your supervisor to explain it to you.  For any answers which disqualify the respondent, you are to circle the next available number in the termination box, erase and re-use screener.  Do NOT erase any of the circles around the numbers in the termination boxes.  If all the numbers in a termination box have been circled before you contact a qualified, willing respondent, you are to return the screener to your supervisor.  Write in your name, circle your city and mark clearly on the top of the screener "FOR TALLIES ONLY".

**Sight screen for appropriate sex and age groups as needed.  Randomly approach males and females 18 years of age or older and ask questions on screener exactly as indicated.**

SCREENER:

Q. A:  If "yes" to any listed occupation terminate.  Otherwise continue.  **These terminates do not count toward your screening quota.**

Q. B:  If 18 years of age or older, check open age quotas.  If needed, continue.  Otherwise, terminate.  If under 18 or refused age, terminate.  **These terminates do not count toward your screening quota.**

Q. C:  Read list.  Record response.  If "yes" to clothes washer and/or clothes dryer continue.

Q. D:  Read list.  Record response.  If "yes" to clothes washer and/or clothes dryer continue.  **These terminates do count toward your screening quota.**

**Respondent must say "yes" to "clothes washer" or "clothes dryer" in either Q.C or Q.D or in both Q.C and Q.D in order to qualify, otherwise terminate.  These terminates do count toward your screening quota.**

Q.E:  If "yes" ask Q.F.  If "no" skip to Q.G.

Q.F:  If "yes" continue.  If "no" terminate.  **These terminates do not count toward your screening quota.**

Q. G:  Invite the respondent to participate, continue with the color main questionnaire.  If the respondent refuses, terminate.  **These terminations do not count toward your screening quota.**

<u>MAIN QUESTIONNAIRE QUESTION BY QUESTION INSTRUCTIONS</u>

The questionnaire is straightforward and must be administered exactly as written.

**PLACE THE TWO PHOTOS COLOR DOTTED THE SAME COLOR AS THIS QUESTIONNAIRE SIDE BY SIDE.  THE ENLARGEMENT OF THE LEFT SECTION OF THE FRONT PANEL SHOULB BE PLACED TO THE LEFT OF THE MAIN PHOTO, AS SHOWN ON THE ATTACHED PHOTOCOPY.**

Read introduction verbatim.
If respondent wears glasses or contact lenses, that is they said "yes" to Q.E in the screener, make sure that he/she is wearing them before continuing.

Read introduction verbatim.

**<u>Allow the respondent sufficient time to examine the photos.  When he/she is finished, leave the photos view for the duration of the interview.</u>**

Q. 1:   Read as written.  Record response verbatim.  Probe for any response that is vague or general.  If response is "don't know" skip to Q.3a.

Q.2:   Read as written.  Record response verbatim.  Probe for any response that is vague or general.

Q.3a:  Read as written.  If "yes" ask Q.3b.  If "no/don't know" skip to Q.4a.

Q.3b:  Read as written.  Record response verbatim.  Probe for any response that is vague or general.

Q.3c:  Read as written.  Record response verbatim.  Probe for any response that is vague or general.

Q.4a:  Read as written.  If "yes" ask Q.4b.  If "no/don't know" skip to Q.5a.

Q.4b:  Read as written.  Record response verbatim.  Probe for any response that is vague or general.

Q.4c:  Read as written.  Record response verbatim.  Probe for any response that is vague or general.

Q.5a:  Point to the phrase on the photograph "Whisper Quiet".  If "yes" ask Q.5b.  If "no/don't know" skip to Certification Page.

Q.5b:  Read as written.  Record response verbatim.  Probe for any response that is vague or general.  Then continue to certification page

| SECURITY: |
| • You are responsible for all materials being used on this study.  Stimuli must be locked up when not working on this study. |
| • All materials are to be kept <u>out of sight</u> of anyone not directly involved in the study |
| • All materials related to this study are the property of Guideline Research Inc and our client. |
| • No one representing Guideline Research Inc.. or our client is to be admitted to the facility or have access to the materials without your first calling Guideline Research Inc.. to confirm.  Further, no one is to be permitted access to the facility or materials without showing satisfactory identification. |

## <u>UPON COMPLETION OF INTERVIEW:</u>

1. Fill out all respondent information on the front page of the screener.

2. Fill out all respondent information on certification page. You and the respondent must read, sign and date certification page.

3. Thank respondent.

4. Staple the screener to the main questionnaire and give it to your supervisor.



Ultra Capacity
Stainless Steel Drum
Sense Dry
Whisper Quiet

DLE2532W

# APPENDIX D

## VALIDATION
## QUESTIONNAIRE / LETTER

# Outfielders, Inc.

Frances Murray Tavolilla
100 North Road
Eastchester NY, 10709
(914) 961-8042

February 10, 2004

Ms. Nelly Valentin
Guideline Research
3 West 35th Street
New York, NY  10001

Dear Nelly,

The validation results of your Home Appliance Study #F31-033 are as follows:

Out of the 424 listed respondent names, 415 had telephone numbers.  Of these, 288 were successfully contacted (69%). Of those not reached, a minimum of three attempts were made on different days of the week and at different times of the day.

Of those contacted, there were 6 discrepancies found in interviewing procedures. All results of this phase of the study were reported to Guideline Research.

If you have any questions regarding this study, please call me.

Sincerely,

*Frances M. Tavolilla*

Frances Murray Tavolilla

GUIDELINE RESEARCH, INC.                    Job #F31-033
3 West 35th Street                          Home Appliance Study
New York, NY 10001                          December, 2003

## *V A L I D A T I O N   Q U E S T I O N N A I R E*

- ASK TO SPEAK TO THE PERSON WHOSE NAME IS LISTED ON VALIDATION SHEET
- CORRECT ANSWERS ARE CIRCLED
- PROBE WHERE INDICATED

Hello (Mr./Miss/Mrs./Ms.) _____, I'm from Guideline Research Inc. in New York.  Recently a study was done in your area and we're calling to thank you for your participation and to confirm a few points.

1. Recently, did you take part in a survey at the mall where you were shown photos of the top part of a clothes dryer and asked some questions about it?

YES........................... 1

NO ............................ 2  → *(Before terminating, be sure no one else in household was interviewed)*

2. Which of the following includes your age?

Under 18 years ........................... 1
18 – 34 ..................................... 2
35–49 ....................................... 3  → *(Check against validation listing)*
50+ .......................................... 4

3. Which, if any, of the following home appliances, if any have you yourself purchased or been involved in purchasing in the past 12 months?   (Read list.)

A refrigerator ................................. 1

A vacuum cleaner ......................... 2

A dishwasher ............................... 3

A clothes washer........................... 4

A clothes dryer .............................. 5

4. And which of the following home appliances, if any, are you likely to purchase or be involved in purchasing in the next 3 months?        (Read list.)

A refrigerator ................................. 1

A vacuum cleaner ......................... 2

A dishwasher ............................... 3

A clothes washer........................... 4

A clothes dryer .............................. 5

Respondent must say "yes" to "clothes washer" or "clothes dryer" in either Q.3 or Q.4 or in both Q.3 and Q.4 to qualify.

Thank respondent.

# APPENDIX E

# COMPUTER TABLES

HOME APPLIANCE STUDY #F31-033

GUIDELINE RESEARCH CORPORATION

| Table | Title | Base |
|-------|-------|------|
| 1 | Q.1 WHO PRODUCES/MANUFACTURES THIS DRYER | |
| 2 | Q.2 WHAT MAKES YOU THINK SO | LG PRODUCES/MANUFACTURES DRYER |
| 3 | Q.2 WHAT MAKES YOU THINK SO | KITCHEN AID PRODUCES/MANUFACTURES DRYER |
| 4 | Q.2 WHAT MAKES YOU THINK SO | WHIRLPOOL PRODUCES/MANUFACTURES DRYER |
| 5 | Q.2 WHAT MAKES YOU THINK SO | MAYTAG PRODUCES/MANUFACTURES DRYER |
| 6 | Q.2 WHAT MAKES YOU THINK SO | SEARS/KENMORE PRODUCES/MANUFACTURES DRYER |
| 7 | Q.2 WHAT MAKES YOU THINK SO | GE PRODUCES/MANUFACTURES DRYER |
| 8 | Q.2 WHAT MAKES YOU THINK SO | WESTINGHOUSE PRODUCES/MANUFACTURES DRYER |
| 9 | Q.3A WHETHER COMPANY THAT PRODUCES/MANUFACTURES THIS DRYER IS CONNECTED/AFFILIATED WITH ANY OTHER COMPANY | |
| 10 | Q.3B WHICH COMPANY PRODUCES/MANUFACTURES | CONNECTED/AFFILIATED |
| 11 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT LG IS CONNECTED/AFFILIATED |
| 12 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT KITCHEN AID IS CONNECTED/AFFILIATED |
| 13 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT WHIRLPOOL IS CONNECTED/AFFILIATED |
| 14 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT MAYTAG IS CONNECTED/AFFILIATED |
| 15 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT SEARS/KENMORE IS CONNECTED/AFFILIATED |
| 16 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT GE IS CONNECTED/AFFILIATED |
| 17 | Q.3C WHAT MAKES YOU THINK SO | THINK THAT WESTINGHOUSE IS CONNECTED/AFFILIATED |
| 18 | Q.4A WHETHER COMPANY THAT PRODUCES/MANUFACTURES THIS DRYER RECEIVED AUTHORIZATION FROM ANY OTHER COMPANY | |
| 19 | Q.4B FROM WHICH COMPANY DID IT RECEIVE AUTHORIZATION | RECEIVED AUTHORIZATION |
| 20 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT LG GAVE AUTHORIZATION |
| 22 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT WHIRLPOOL GAVE AUTHORIZATION |
| 23 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT MAYTAG GAVE AUTHORIZATION |
| 24 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT SEARS/KENMORE GAVE AUTHORIZATION |

HOME APPLIANCE STUDY #F31-033

GUIDELINE RESEARCH CORPORATION

| Table | Title | Base |
|-------|-------|------|
| ----- | ----- | ---- |
| 25 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT GE GAVE AUTHORIZATION |
| 26 | Q.4C WHAT MAKES YOU THINK SO | THINK THAT WESTINGHOUSE GAVE AUTHORIZATION |
| 27 | Q.1/3B/4B/2/3C/4C NET CONFUSION | |
| 28 | Q.5A WHETHER SEEN OR HEARD OF PHRASE "WHISPER QUIET"/"QUIET OPERATION" USED IN CONNECTION WITH HOME APPLIANCES BEFORE | |
| 29 | Q.5B WHAT COMPANY USED THIS EXACT PHRASE | SEEN/HEARD PHRASE "WHISPER QUIET"/"QUIET OPERATION" USED IN CONNECTION |
| 30 | AGE/SEX | |
| 31 | MARKET | |
| 32 | Q.C HOME APPLIANCES PURCHASED IN PAST 12 MONTHS | |
| 33 | Q.D HOME APPLIANCES LIKELY TO PURCHASE IN NEXT 3 MONTHS | |
| 34 | Q.C/D HOME APPLIANCES PURCHASED/PLAN TO PURCHASE | |

HOME APPLIANCE STUDY #F31-033

Table 1

## Q.1 WHO PRODUCES/MANUFACTURES THIS DRYER

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| LG | 48 22.9 | 16 32.7 | 6 50.0 | 49 23.6 | 11 17.7 | 1 14.3 |
| KITCHEN AID | - - | - - | - - | 1 0.5 | 1 1.6 | - - |
| WHIRLPOOL | 15 7.1 | 4 8.2 | 2 16.7 | 14 6.7 | 5 8.1 | 2 28.6 |
| MAYTAG | 21 10.0 | 4 8.2 | - - | 18 8.7 | 7 11.3 | 1 14.3 |
| SEARS/KENMORE | 17 8.1 | 5 10.2 | - - | 9 4.3 | 4 6.5 | - - |
| GE | 20 9.5 | 8 16.3 | 2 16.7 | 23 11.1 | 10 16.1 | 2 28.6 |
| WESTINGHOUSE | - - | - - | - - | 2 1.0 | 1 1.6 | - - |
| OTHERS | 9 4.3 | 1 2.0 | - - | 7 3.4 | 3 4.8 | - - |
| DON'T KNOW/NO ANSWER | 85 40.5 | 12 24.5 | 2 16.7 | 89 42.8 | 21 33.9 | 1 14.3 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 2

BASE: LG PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 48 | 16 | 6 | 49 | 11 | 1 |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 47 97.9 | 16 100.0 | 6 100.0 | 46 93.9 | 11 100.0 | 1 100.0 |
| IT SAYS LG/HAS LG LOGO (ON APPLIANCE/WRITTEN ON BOTH OF THEM) | 46 95.8 | 16 100.0 | 6 100.0 | 45 91.8 | 11 100.0 | 1 100.0 |
| THE LOGO (NO MENTION OF LG) | 1 2.1 | - - | - - | 1 2.0 | - - | - - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 2 4.2 | 1 6.3 | 1 16.7 | 1 2.0 | - - | - - |
| STYLE (SUBNET) | 2 4.2 | 1 6.3 | 1 16.7 | 1 2.0 | - - | - - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 1 2.1 | 1 6.3 | 1 16.7 | - - | - - | - - |
| MODERN LOOKING | 1 2.1 | - - | - - | - - | - - | - - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - - | - - | - - | 1 2.0 | - - | - - |
| LOOKS OLD/VERY OLD/OLDER MODEL | 1 2.1 | 1 6.3 | 1 16.7 | - - | - - | - - |
| DON'T KNOW/NO ANSWER | - - | - - | - - | 2 4.1 | - - | - - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

BASE: KITCHEN AID PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

Table 3

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | - | - | - | 1 | 1 | 1 |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 1 100.0 | 1 100.0 | 1 100.0 |
| STYLE (SUBNET) | - | - | - | 1 100.0 | 1 100.0 | 1 100.0 |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | - | - | - | 1 100.0 | 1 100.0 | 1 100.0 |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - | - | - | 1 100.0 | 1 100.0 | 1 100.0 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Q.2 WHAT MAKES YOU THINK SO

BASE: WHIRLPOOL PRODUCES/MANUFACTURES DRYER

Table 4

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 15 | 4 | 2 | 14 | 5 | 2 |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | 1 6.7 | - - | - - | 1 7.1 | 1 20.0 | 1 50.0 |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | 1 6.7 | - - | - - | 1 7.1 | 1 20.0 | 1 50.0 |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | - - | - - | - - | 1 7.1 | - - | - - |
| ALL OTHER ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE | - - | - - | - - | 1 7.1 | - - | - - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 11 73.3 | 4 100.0 | 2 100.0 | 12 85.7 | 5 100.0 | 2 100.0 |
| STYLE (SUBNET) | 7 46.7 | 4 100.0 | 2 100.0 | 9 64.3 | 4 80.0 | 2 100.0 |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | 3 20.0 | - - | - - | 2 14.3 | 1 20.0 | - - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 4 26.7 | 3 75.0 | 1 50.0 | 7 50.0 | 3 60.0 | 2 100.0 |
| MODERN LOOKING | 1 6.7 | 1 25.0 | - - | 1 7.1 | 1 20.0 | - - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 3 20.0 | 3 75.0 | 1 50.0 | 2 14.3 | 2 40.0 | 1 50.0 |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 3 20.0 | - - | - - | 3 21.4 | 1 20.0 | - - |

GUIDELINE RESEARCH CORPORATION

Table 4

HOME APPLIANCE STUDY #31-033

Q.2 WHAT MAKES YOU THINK SO

BASE: WHIRLPOOL PRODUCES/MANUFACTURES DRYER

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 15 | 4 | 2 | 14 | 5 | 2 |
| THEY ARE THE MOST POPULAR | 1 6.7 | 1 25.0 | 1 50.0 | - | - | - |
| THEY ARE THE BEST MADE | - | - | - | 1 7.1 | - | - |
| THEY ARE A LARGE COMPANY/ BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 2 13.3 | - | - | - | - | - |
| JUST A GUESS | 1 6.7 | - | - | 1 7.1 | - | - |
| DON'T KNOW/NO ANSWER | 2 13.3 | - | - | - | - | - |

Table 5

HOME APPLIANCE STUDY #F31-033

Q.2 WHAT MAKES YOU THINK SO

BASE: MAYTAG PRODUCES/MANUFACTURES DRYER

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 21 | - | 4 | 18 | 7 | 1 |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 2 11.1 | 1 14.3 | 1 |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | - | - | - | 1 5.6 | - | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (WITH MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | - | - | - | 1 5.6 | 1 14.3 | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 1 4.8 | - | - | 1 5.6 | - | - |
| IT SAYS LG/HAS LG LOGO (ON APPLIANCE/WRITTEN ON BOTH OF THEM) | - | - | - | 1 5.6 | - | - |
| THE WORDS "SENSE DRY" | 1 4.8 | - | - | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 20 95.2 | - | 4 100.0 | 13 72.2 | 6 85.7 | 1 100.0 |
| STYLE (SUBNET) | 14 66.7 | - | 3 75.0 | 10 55.6 | 5 71.4 | 1 100.0 |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE) | 3 14.3 | - | 1 25.0 | 1 5.6 | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 9 42.9 | - | 1 25.0 | 6 33.3 | 3 42.9 | 1 100.0 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Table 5

BASE: MAYTAG PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 21 | 4 | - | 18 | 7 | 1 |
| MODERN LOOKING | 3 / 14.3 | 1 / 25.0 | - | 2 / 11.1 | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 5 / 23.8 | - | - | 5 / 27.8 | 3 / 42.9 | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 4 / 19.0 | 1 / 25.0 | - | 3 / 16.7 | 2 / 28.6 | - |
| THEY ARE THE MOST INNOVATIVE | 1 / 4.8 | - | - | - | - | - |
| THEY ARE THE MOST POPULAR | - | - | - | 1 / 5.6 | - | - |
| THEY ARE THE BEST MADE | 2 / 9.5 | - | - | 1 / 5.6 | - | - |
| THEY ARE A LARGE COMPANY/ BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 1 / 4.8 | - | - | - | - | - |
| JUST A GUESS | - | - | - | 1 / 5.6 | - | - |
| DON'T KNOW/NO ANSWER | 1 / 4.8 | - | - | 1 / 5.6 | - | - |

HOME APPLIANCE STUDY #F31-033

BASE: SEARS/KENMORE PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

Table 6

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 17 | 5 | - | 9 | 4 | - |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | 2 / 11.8 | - | - | 2 / 22.2 | 1 / 25.0 | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | 2 / 11.8 | - | - | 2 / 22.2 | 1 / 25.0 | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | - | - | - | 1 / 11.1 | 1 / 25.0 | - |
| THE LOGO (NO MENTION OF LG) | - | - | - | 1 / 11.1 | 1 / 25.0 | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 13 / 76.5 | 5 / 100.0 | - | 6 / 66.7 | 3 / 75.0 | - |
| STYLE (SUBNET) | 6 / 35.3 | 3 / 60.0 | - | 5 / 55.6 | 2 / 50.0 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | 3 / 17.6 | 1 / 20.0 | - | 1 / 11.1 | 1 / 25.0 | - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 3 / 17.6 | 2 / 40.0 | - | 5 / 55.6 | 2 / 50.0 | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 1 / 5.9 | 1 / 20.0 | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 4 / 23.5 | - | - | - | - | - |
| THEY ARE THE MOST POPULAR | 1 / 5.9 | 1 / 20.0 | - | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 6

BASE: SEARS/KENMORE PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 17 | 5 | - | 9 | 4 | - |
| THEY ARE A LARGE COMPANY/ BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 2 11.8 | 1 20.0 | - | - | - | - |
| LOOKS OLD/VERY OLD/OLDER MODEL | - | - | - | 1 11.1 | 1 25.0 | - |
| THEIR IS NO NAME OR DISTINCTIVE WORD ON THE APPLIANCE | 1 5.9 | - | - | - | - | - |
| JUST A GUESS | 1 5.9 | - | - | 1 11.1 | - | - |
| DON'T KNOW/NO ANSWER | 1 5.9 | - | - | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 7

Q.2 WHAT MAKES YOU THINK SO

BASE: GE PRODUCES/MANUFACTURES DRYER

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 20 | 8 | 2 | 23 | 10 | 2 |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 1 / 4.3 | - | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | - | - | - | 1 / 4.3 | - | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 3 / 15.0 | 1 / 12.5 | - | 8 / 34.8 | 4 / 40.0 | 2 / 100.0 |
| LOGO LOOKS LIKE GE/THE SHAPE OF THE LG IS LIKE PHILLIPS | 1 / 5.0 | - | - | 6 / 26.1 | 3 / 30.0 | 2 / 100.0 |
| IT SAYS LG/HAS LG LOGO (ON APPLIANCE/WRITTEN ON BOTH OF THEM) | - | - | - | 2 / 8.7 | 1 / 10.0 | - |
| THE LG LOGO/PICTURE NEXT TO LG LOGO SAME AS CELL PHONE | 1 / 5.0 | - | - | - | - | - |
| ALL OTHER ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE | 1 / 5.0 | 1 / 12.5 | - | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 17 / 85.0 | 7 / 87.5 | 2 / 100.0 | 17 / 73.9 | 8 / 80.0 | 1 / 50.0 |
| STYLE (SUBNET) | 11 / 55.0 | 3 / 37.5 | 2 / 100.0 | 14 / 60.9 | 7 / 70.0 | 1 / 50.0 |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | 4 / 20.0 | 2 / 25.0 | 1 / 50.0 | 3 / 13.0 | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 5 / 25.0 | 1 / 12.5 | 1 / 50.0 | 8 / 34.8 | 6 / 60.0 | 1 / 50.0 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 7

BASE: GE PRODUCES/MANUFACTURES DRYER

Q.2 WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 20 | 8 | 2 | 23 | 10 | 2 |
| MODERN LOOKING | 3 / 15.0 | - | - | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 3 / 15.0 | - | - | 5 / 21.7 | 2 / 20.0 | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 4 / 20.0 | 1 / 12.5 | - | 4 / 17.4 | 2 / 20.0 | - |
| THEY ARE THE MOST INNOVATIVE | 1 / 5.0 | - | - | - | - | - |
| THEY ARE THE MOST POPULAR | 1 / 5.0 | 1 / 12.5 | - | - | - | - |
| THEY ARE THE BEST MADE | 1 / 5.0 | 1 / 12.5 | - | - | - | - |
| LOOKS OLD/VERY OLD/OLDER MODEL | - | - | - | 1 / 4.3 | 1 / 10.0 | - |
| ONE OF THE OLDEST COMPANIES/ BEEN AROUND A LONG TIME/ EARLIEST TO DESIGN DRYER | 1 / 5.0 | 1 / 12.5 | - | - | - | - |
| JUST A GUESS | 1 / 5.0 | - | - | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #731-033

Q.2 WHAT MAKES YOU THINK SO

Table 8

BASE: WESTINGHOUSE PRODUCES/MANUFACTURES DRYER

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| | ====== | ====== | ====== | ====== | ====== | ====== |
| TOTAL RESPONDENTS | - | - | - | 2 | 1 | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 2 100.0 | 1 100.0 | - |
| STYLE (SUBNET) | - | - | - | 2 100.0 | 1 100.0 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | - | - | - | 1 50.0 | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - | - | - | 1 50.0 | 1 100.0 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 9

Q.3A WHETHER COMPANY THAT PRODUCES/MANUFACTURES THIS DRYER IS CONNECTED/AFFILIATED WITH ANY OTHER COMPANY

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| YES | 43 20.5 | 19 38.8 | 5 41.7 | 42 20.2 | 18 29.0 | 1 14.3 |
| NO | 99 47.1 | 20 40.8 | 5 41.7 | 99 47.6 | 28 45.2 | 6 85.7 |
| DON'T KNOW/NO ANSWER | 68 32.4 | 10 20.4 | 2 16.7 | 67 32.2 | 16 25.8 | - - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

BASE: CONNECTED/AFFILIATED

Q.38 WHICH COMPANY PRODUCES/MANUFACTURES

Table 10

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 43 | 19 | 5 | 42 | 18 | 1 |
| LG | 1 / 2.3 | 1 / 5.3 | 1 / 20.0 | - | - | - |
| KITCHEN AID | - | - | - | 1 / 2.4 | 1 / 5.6 | - |
| WHIRLPOOL | 4 / 9.3 | 2 / 10.5 | 2 / 40.0 | 8 / 19.0 | 4 / 22.2 | - |
| MAYTAG | 1 / 2.3 | - | - | 5 / 11.9 | 3 / 16.7 | - |
| SEARS/KENMORE | 8 / 18.6 | 5 / 26.3 | - | 8 / 19.0 | 3 / 16.7 | 1 / 100.0 |
| GE | 13 / 30.2 | 7 / 36.8 | 2 / 40.0 | 15 / 35.7 | 5 / 27.8 | - |
| WESTINGHOUSE | 2 / 4.7 | - | - | 2 / 4.8 | - | - |
| OTHERS | 10 / 23.3 | 4 / 21.1 | 1 / 20.0 | 3 / 7.1 | 1 / 5.6 | - |
| DON'T KNOW/NO ANSWER | 8 / 18.6 | 3 / 15.8 | 1 / 20.0 | 6 / 14.3 | 4 / 22.2 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 11

BASE: THINK THAT LG IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

|  | WHISPER QUIET | | | | QUIET OPERATION | | | |
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| --- | --- | --- | --- | --- | --- | --- |
| TOTAL RESPONDENTS | 1 | 1 | 1 | - | - | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 1 100.0 | 1 100.0 | 1 100.0 | - | - | - |
| IT SAYS LG/HAS LG LOGO (ON APPLIANCE/WRITTEN ON BOTH OF THEM) | 1 100.0 | 1 100.0 | 1 100.0 | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 12

BASE: THINK THAT KITCHEN AID IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | - | - | - | 1 | 1 | 1 |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 1 100.0 | 1 100.0 | - |
| STYLE (SUBNET) | - | - | - | 1 100.0 | 1 100.0 | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - | - | - | 1 100.0 | 1 100.0 | - |
| THEY ARE THE BEST MADE | - | - | - | 1 100.0 | 1 100.0 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 13

BASE: THINK THAT WHIRLPOOL IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 4 | 2 | 2 | 8 | 4 | 4 |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 1 / 12.5 | - | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | - | - | - | 1 / 12.5 | - | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 1 / 25.0 | - | - | 1 / 12.5 | - | - |
| LOGO LOOKS LIKE GE/THE SHAPE OF THE LG IS LIKE PHILLIPS | - | - | - | 1 / 12.5 | - | - |
| ALL OTHER ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE | 1 / 25.0 | - | - | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 3 / 75.0 | 2 / 100.0 | 2 / 100.0 | 3 / 37.5 | 3 / 75.0 | 3 / 75.0 |
| STYLE (SUBNET) | 2 / 50.0 | 1 / 50.0 | 1 / 50.0 | 2 / 25.0 | 2 / 50.0 | 2 / 50.0 |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 1 / 25.0 | 1 / 50.0 | 1 / 50.0 | 2 / 25.0 | 2 / 50.0 | 2 / 50.0 |
| MODERN LOOKING | 1 / 25.0 | 1 / 50.0 | 1 / 50.0 | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 1 / 25.0 | - | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 1 / 25.0 | 1 / 50.0 | 1 / 50.0 | 2 / 25.0 | 2 / 50.0 | 2 / 50.0 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 13

BASE: THINK THAT WHIRLPOOL IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 4 | 2 | 2 | 8 | 4 | 4 |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | - | - | - | 3 37.5 | 1 25.0 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Table 14

BASE: THINK THAT MAYTAG IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 1 | 1 | - | 5 | 3 | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 1 100.0 | 1 100.0 | - | 4 80.0 | 2 66.7 | - |
| STYLE (SUBNET) | 1 100.0 | 1 100.0 | - | 2 40.0 | 1 33.3 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | - | - | - | 1 20.0 | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | - | - | - | 1 20.0 | 1 33.3 | - |
| MODERN LOOKING | 1 100.0 | 1 100.0 | - | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - | - | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | - | - | - | 2 40.0 | 2 66.7 | - |
| THEY ARE THE MOST POPULAR | - | - | - | 1 20.0 | - | - |
| THEY ARE A LARGE COMPANY/ BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | - | - | - | 1 20.0 | - | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | - | - | - | 1 20.0 | 1 33.3 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 15

BASE: THINK THAT SEARS/KENMORE IS CONNECTED/AFFILIATED   Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 8 | 5 | - | 8 | 3 | 1 |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 1 / 12.5 | 1 / 20.0 | - | - | - | - |
| THE LOGO (NO MENTION OF LG) | 1 / 12.5 | 1 / 20.0 | - | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 3 / 37.5 | 2 / 40.0 | - | 5 / 62.5 | 3 / 100.0 | 1 / 100.0 |
| STYLE (SUBNET) | - | - | - | 1 / 12.5 | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/PANEL FORMAT | - | - | - | 1 / 12.5 | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 2 / 25.0 | 1 / 20.0 | - | 3 / 37.5 | 2 / 66.7 | 1 / 100.0 |
| THEY ARE THE MOST POPULAR | - | - | - | 1 / 12.5 | 1 / 33.3 | - |
| THEY ARE A LARGE COMPANY/BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 1 / 12.5 | 1 / 20.0 | - | - | - | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | 2 / 25.0 | 1 / 20.0 | - | 3 / 37.5 | - | - |
| JUST A GUESS | 1 / 12.5 | - | - | - | - | - |
| ALL OTHER MISC. MENTIONS | 1 / 12.5 | 1 / 20.0 | - | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Q.3C WHAT MAKES YOU THINK SO

BASE: THINK THAT GE IS CONNECTED/AFFILIATED

Table 16

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 13 | 7 | 2 | 15 | 5 | - |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | 1 / 7.7 | - | - | - | - | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | 1 / 7.7 | - | - | - | - | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 5 / 38.5 | 2 / 28.6 | - | 4 / 26.7 | - | - |
| LOGO LOOKS LIKE GE/THE SHAPE OF THE LG IS LIKE PHILLIPS | 4 / 30.8 | 1 / 14.3 | - | 4 / 26.7 | - | - |
| THE LOGO (NO MENTION OF LG) | 1 / 7.7 | 1 / 14.3 | - | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 5 / 38.5 | 4 / 57.1 | 1 / 100.0 | 9 / 60.0 | 5 / 100.0 | - |
| STYLE (SUBNET) | 2 / 15.4 | 2 / 28.6 | 1 / 50.0 | 6 / 40.0 | 3 / 60.0 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE) | 1 / 7.7 | 1 / 14.3 | - | 2 / 13.3 | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/ PANEL FORMAT | 2 / 15.4 | 2 / 28.6 | 1 / 50.0 | 3 / 20.0 | 2 / 40.0 | - |
| MODERN LOOKING | 1 / 7.7 | 1 / 14.3 | 1 / 50.0 | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | - | - | - | 1 / 6.7 | 1 / 20.0 | - |

HOME APPLIANCE STUDY #F31-033

BASE: THINK THAT GE IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

Table 16

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 13 | 7 | 2 | 15 | 5 | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 1 7.7 | 1 14.3 | 1 50.0 | 2 13.3 | 2 40.0 | - |
| THEY ARE THE MOST POPULAR | 1 7.7 | - | - | 2 13.3 | - | - |
| THEY ARE THE BEST MADE | - | - | - | 1 6.7 | 1 20.0 | - |
| THEIR IS NO NAME OR DISTINCTIVE WORD ON THE APPLIANCE | 1 7.7 | 1 14.3 | - | - | - | - |
| ONE OF THE OLDEST COMPANIES/ BEEN AROUND A LONG TIME/ EARLIEST TO DESIGN DRYER | - | - | - | 1 6.7 | 1 20.0 | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | 2 15.4 | 1 14.3 | - | 2 13.3 | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #531-033

Table 17

BASE: THINK THAT WESTINGHOUSE IS CONNECTED/AFFILIATED

Q.3C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 2 | - | - | 2 | - | - |
| ANSWERS THAT MAY BE RELATED TO "WHISPER QUIET"/"QUIET OPERATION" (NET) | - | - | - | 1 50.0 | - | - |
| I'VE SEEN THIS/HEARD OF IT BEFORE (NO ACTUAL MENTION OF "WHISPER QUIET"/"QUIET OPERATION") | - | - | - | 1 50.0 | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 2 100.0 | - | - | - | - | - |
| STYLE (SUBNET) | 2 100.0 | - | - | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 2 100.0 | - | - | - | - | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | - | - | - | 1 50.0 | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 18

Q.4A WHETHER COMPANY THAT PRODUCES/MANUFACTURES THIS DRYER RECEIVED AUTHORIZATION FROM ANY OTHER COMPANY

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| YES | 35 16.7 | 15 30.6 | 5 41.7 | 39 18.8 | 19 30.6 | 1 14.3 |
| NO | 104 49.5 | 23 46.9 | 6 50.0 | 97 46.6 | 24 38.7 | 5 71.4 |
| DON'T KNOW/NO ANSWER | 71 33.8 | 11 22.4 | 1 8.3 | 72 34.6 | 19 30.6 | 1 14.3 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 19

BASE: RECEIVED AUTHORIZATION

Q.4B FROM WHICH COMPANY DID IT RECEIVE AUTORIZATION

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 35 | 15 | 5 | 39 | 19 | 1 |
| LG | 1 2.9 | 1 6.7 | 1 20.0 | - | - | - |
| KITCHEN AID | - | - | - | - | - | - |
| WHIRLPOOL | 7 20.0 | 3 20.0 | 1 20.0 | 3 7.7 | 2 10.5 | - |
| MAYTAG | 6 17.1 | 3 20.0 | - | 5 12.8 | 2 10.5 | - |
| SEARS/KENMORE | 2 5.7 | - | - | 2 5.1 | 1 5.3 | 1 100.0 |
| GE | 9 25.7 | 2 13.3 | 1 20.0 | 13 33.3 | 7 36.8 | - |
| WESTINGHOUSE | - | - | - | 1 2.6 | .. | - |
| OTHERS | 5 14.3 | 2 13.3 | 1 20.0 | 7 17.9 | 3 15.8 | - |
| DON'T KNOW/NO ANSWER | 8 22.9 | 6 40.0 | 2 40.0 | 9 23.1 | 4 21.1 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 20

Q.4C WHAT MAKES YOU THINK SO

BASE: THINK THAT LG GAVE AUTHORIZATION

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 1 | 1 | 1 | - | - | - |
|  | 100.0 | 100.0 | 100.0 | - | - | - |
| THEY DON'T WANT TO BE SUED/YOU NEED A PATENT | 1 | 1 | 1 | - | - | - |
|  | 100.0 | 100.0 | 100.0 | - | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 22

BASE: THINK THAT WHIRLPOOL GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 7 | 3 | 1 | 3 | 3 | 2 |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 1 / 14.3 | 1 / 33.3 | 1 / 100.0 | - | - | - |
| LOGO LOOKS LIKE GE/THE SHAPE OF THE LG IS LIKE PHILLIPS | 1 / 14.3 | 1 / 33.3 | 1 / 100.0 | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 6 / 85.7 | 2 / 66.7 | 1 / 100.0 | - | - | - |
| STYLE (SUBNET) | 3 / 42.9 | 1 / 33.3 | 1 / 100.0 | - | - | - |
| KNOBS/BUTTONS/DIAL FORMAT/PANEL FORMAT | 2 / 28.6 | 1 / 33.3 | 1 / 100.0 | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 2 / 28.6 | - | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 1 / 14.3 | - | - | - | - | - |
| THEY ARE A LARGE COMPANY/BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 2 / 28.6 | 1 / 33.3 | - | - | - | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | 1 / 14.3 | 1 / 33.3 | - | 2 / 66.7 | 2 / 100.0 | - |
| DON'T KNOW/NO ANSWER | - | - | - | 1 / 33.3 | - | - |

HOME APPLIANCE STUDY #F31-033

BASE: THINK THAT MAYTAG GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

Table 23

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 6 | 3 | - | 5 | 2 | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 3 50.0 | 1 33.3 | - | 2 40.0 | 2 100.0 | - |
| STYLE (SUBNET) | - - | - - | - | 1 20.0 | 1 50.0 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/ LOOKS LIKE THEIR STYLE OF APPLIANCE | - - | - - | - | 1 20.0 | 1 50.0 | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 2 33.3 | 1 33.3 | - | 1 20.0 | 1 50.0 | - |
| ONE OF THE OLDEST COMPANIES/ BEEN AROUND A LONG TIME/ EARLIEST TO DESIGN DRYER | 1 16.7 | - - | - | - - | - - | - |
| THEY DON'T WANT TO BE SUED/YOU NEED A PATENT | 1 16.7 | 1 33.3 | - | - - | - - | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | 1 16.7 | 1 33.3 | - | 3 60.0 | - - | - |
| JUST A GUESS | 1 16.7 | - - | - | - - | - - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #731-033

Table 24

BASE: THINK THAT SEARS/KENMORE GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 2 | 2 | - | 2 | 1 | 1 |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 2 / 100.0 | - | - | - | - | - |
| STYLE (SUBNET) | 1 / 50.0 | - | - | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 1 / 50.0 | - | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 1 / 50.0 | - | - | - | - | - |
| THEY DON'T WANT TO BE SUED/YOU NEED A PATENT | - | - | - | 1 / 50.0 | 1 / 100.0 | 1 / 100.0 |
| JUST A GUESS | - | - | - | 1 / 50.0 | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

BASE: THINK THAT GE GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

Table 25

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 9 | 2 | 1 | 13 | 7 | - |
| ANSWERS RELATED TO NAME/LOGO SHOWN ON APPLIANCE (NET) | 4 / 44.4 | 1 / 50.0 | 1 / 100.0 | - | - | - |
| LOGO LOOKS LIKE GE/THE SHAPE OF THE LG IS LIKE PHILLIPS | 4 / 44.4 | 1 / 50.0 | 1 / 100.0 | - | - | - |
| ANSWERS RELATED TO ASPECTS OF APPLIANCE OTHER THAN "WHISPER QUIET"/"QUIET OPERATION" (NET) | 5 / 55.6 | 1 / 50.0 | 1 / 100.0 | 11 / 84.6 | 6 / 85.7 | - |
| STYLE (SUBNET) | 3 / 33.3 | 1 / 50.0 | 1 / 100.0 | 5 / 38.5 | 4 / 57.1 | - |
| THE STYLE OF THE DRYER (BECAUSE OF THE STYLE/LOOKS LIKE THEIR STYLE OF APPLIANCE | - | - | - | 3 / 23.1 | 2 / 28.6 | - |
| KNOBS/BUTTONS/DIAL FORMAT/PANEL FORMAT | 2 / 22.2 | 1 / 50.0 | 1 / 100.0 | 2 / 15.4 | 2 / 28.6 | - |
| MODERN LOOKING | 1 / 11.1 | - | - | - | - | - |
| THE WAY IT'S BUILT/ITS OVAL SHAPE/STAINLESS STEEL CONSTRUCTION | 1 / 11.1 | - | - | - | - | - |
| LOOKS LIKE THEIR OTHER DRYERS/SIMILAR TO THEIR BRAND/OTHER APPLIANCES | 1 / 11.1 | - | - | 2 / 15.4 | 1 / 14.3 | - |
| THEY ARE THE MOST INNOVATIVE | - | - | - | 1 / 7.7 | - | - |
| THEY ARE A LARGE COMPANY/BIG/BIGGEST PRODUCER OF DRYERS/APPLIANCES | 1 / 11.1 | - | - | 3 / 23.1 | 1 / 14.3 | - |

HOME APPLIANCE STUDY #F31-033

BASE: THINK THAT GE GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

Table 25

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 9 | 2 | 1 | 13 | 7 | - |
| ONE OF THE OLDEST COMPANIES/ BEEN AROUND A LONG TIME/ EARLIEST TO DESIGN DRYER | - | - | - | 1 7.7 | 1 14.3 | - |
| THEY DON'T WANT TO BE SUED/YOU NEED A PATENT | 2 22.2 | 1 50.0 | - | 1 7.7 | 1 14.3 | - |
| ONE IS AFFILIATED WITH THE OTHER/ONE MAKES THE OTHER | 1 11.1 | - | - | 1 7.7 | 1 14.3 | - |
| ALL OTHER MISC. MENTIONS | - | - | - | 1 7.7 | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 26

BASE: THINK THAT WESTINGHOUSE GAVE AUTHORIZATION

Q.4C WHAT MAKES YOU THINK SO

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | - | - | - | 1 | - | - |
| DON'T KNOW/NO ANSWER | - | - | - | 1 100.0 | - | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 27

Q.1/3B/4B/2/3C/4C NET CONFUSION

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| NAMED WHIRLPOOL OR KITCHEN AID FOR REASONS THAT MAY BE RELATED-"WHISPER QUIET"/"QUIET OPERATION" | 1 0.5 | - - | - - | 2 1.0 | 1 1.6 | 1 14.3 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Q.5A WHETHER SEEN OR HEARD OF PHRASE "WHISPER QUIET"/"QUIET OPERATION" USED IN CONNECTION WITH HOME APPLIANCES BEFORE

Table 28

|  | | WHISPER QUIET | | | QUIET OPERATION | |
|  | | --- | --- | --- | --- | --- |
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| YES | 49 23.3 | 49 100.0 | 12 100.0 | 62 29.8 | 62 100.0 | 7 100.0 |
| NO | 132 62.9 | - - | - - | 110 52.9 | - - | - - |
| DON'T KNOW/NO ANSWER | 29 13.8 | - - | - - | 36 17.3 | - - | - - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 29

BASE: SEEN/HEARD PHRASE "WHISPER QUIET"/"QUIET OPERATION" USED IN CONNECTION

Q.5B WHAT COMPANY USED THIS EXACT PHRASE

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 49 | 49 | 12 | 62 | 62 | 7 |
| LG | - | - | - | - | - | - |
| KITCHEN AID | - | - | - | - | - | - |
| WHIRLPOOL | 12 24.5 | 12 24.5 | 12 100.0 | 7 11.3 | 7 11.3 | 7 100.0 |
| MAYTAG | 10 20.4 | 10 20.4 | - | 13 21.0 | 13 21.0 | - |
| SEARS/KENMORE | 7 14.3 | 7 14.3 | 1 8.3 | 10 16.1 | 10 16.1 | 1 14.3 |
| GE | 6 12.2 | 6 12.2 | 1 8.3 | 10 16.1 | 10 16.1 | 1 14.3 |
| WESTINGHOUSE | - | - | - | 1 1.6 | 1 1.6 | - |
| OTHERS | 7 14.3 | 7 14.3 | - | 12 19.4 | 12 19.4 | 1 14.3 |
| DON'T KNOW/NO ANSWER | 11 22.4 | 11 22.4 | - | 18 29.0 | 18 29.0 | - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 30

AGE/SEX

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| **MALE** | 96<br>45.7 | 23<br>46.9 | 6<br>50.0 | 91<br>43.8 | 28<br>45.2 | 2<br>28.6 |
| 18-34 | 53<br>25.2 | 17<br>34.7 | 5<br>41.7 | 40<br>19.2 | 9<br>14.5 | 1<br>14.3 |
| 35-49 | 32<br>15.2 | 4<br>8.2 | 1<br>8.3 | 34<br>16.3 | 12<br>19.4 | -<br>- |
| 50+ | 11<br>5.2 | 2<br>4.1 | -<br>- | 17<br>8.2 | 7<br>11.3 | 1<br>14.3 |
| **FEMALE** | 114<br>54.3 | 26<br>53.1 | 6<br>50.0 | 117<br>56.3 | 34<br>54.8 | 5<br>71.4 |
| 18-34 | 48<br>22.9 | 9<br>18.4 | 1<br>8.3 | 52<br>25.0 | 13<br>21.0 | 3<br>42.9 |
| 35-49 | 40<br>19.0 | 9<br>18.4 | 2<br>16.7 | 47<br>22.6 | 17<br>27.4 | 1<br>14.3 |
| 50+ | 26<br>12.4 | 8<br>16.3 | 3<br>25.0 | 18<br>8.7 | 4<br>6.5 | 1<br>14.3 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 31

MARKET

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID | TOTAL | HAVE SEEN/HEARD PHRASE BEFORE | BY WHIRL-POOL/KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| AKRON | 8 3.8 | 2 4.1 | - - | 8 3.8 | 1 1.6 | 1 - |
| ALBANY | 5 2.4 | - - | - - | 5 2.4 | 2 3.2 | 1 14.3 |
| BALTIMORE | 14 6.7 | 5 10.2 | 2 16.7 | 17 8.2 | 7 11.3 | - - |
| CHICAGO | 8 3.8 | 3 6.1 | - - | 10 4.8 | 5 8.1 | - - |
| CLEVELAND | 14 6.7 | - - | - - | 5 2.4 | - - | - - |
| DALLAS | 45 21.4 | 10 20.4 | 2 16.7 | 38 18.3 | 7 11.3 | 1 14.3 |
| DENVER | 8 3.8 | 2 4.1 | 1 8.3 | 7 3.4 | 2 3.2 | 1 14.3 |
| FT. LAUDERDALE | 12 5.7 | 6 12.2 | 1 8.3 | 10 4.8 | 5 8.1 | 1 14.3 |
| LOS ANGELES | 9 4.3 | 1 2.0 | - - | 13 6.3 | 3 4.8 | 1 14.3 |
| MELBOURNE | 5 2.4 | - - | - - | 11 5.3 | 4 6.5 | 2 28.6 |
| NASHVILLE | 22 10.5 | 2 4.1 | - - | 24 11.5 | 7 11.3 | - - |
| NEW YORK | 9 4.3 | 2 4.1 | - - | 11 5.3 | 3 4.8 | - - |
| ORANGE COUNTY | 14 6.7 | 3 6.1 | 1 8.3 | 12 5.8 | 3 4.8 | - - |
| PHILADELPHIA | 9 4.3 | 2 4.1 | 2 16.7 | 10 4.8 | 6 9.7 | - - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Table 31

MARKET

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL-POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| PORTLAND | 13 6.2 | 7 14.3 | 3 25.0 | 13 6.3 | 4 6.5 | - - |
| WASHINGTON, DC | 15 7.1 | 4 8.2 | - - | 14 6.7 | 3 4.8 | - - |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #F31-033

Table 32

Q.C HOME APPLIANCES PURCHASED IN PAST 12 MONTHS

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| A REFRIGERATOR | 49 23.3 | 11 22.4 | 1 8.3 | 38 18.3 | 8 12.9 | 2 28.6 |
| A VACUUM CLEANER | 75 35.7 | 23 46.9 | 8 66.7 | 61 29.3 | 19 30.6 | 1 14.3 |
| A DISHWASHER | 21 10.0 | 4 8.2 | 2 16.7 | 23 11.1 | 8 12.9 | - - |
| A CLOTHES WASHER | 108 51.4 | 27 55.1 | 5 41.7 | 101 48.6 | 32 51.6 | 5 71.4 |
| A CLOTHES DRYER | 96 45.7 | 23 46.9 | 6 50.0 | 93 44.7 | 25 40.3 | 2 28.6 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Table 33

Q.D HOME APPLIANCES LIKELY TO PURCHASE IN NEXT 3 MONTHS

| | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
| | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| A REFRIGERATOR | 39 18.6 | 7 14.3 | 2 16.7 | 24 11.5 | 9 14.5 | - - |
| A VACUUM CLEANER | 41 19.5 | 8 16.3 | 2 16.7 | 36 17.3 | 11 17.7 | 1 14.3 |
| A DISHWASHER | 31 14.8 | 6 12.2 | 2 16.7 | 15 7.2 | 4 6.5 | - - |
| A CLOTHES WASHER | 77 36.7 | 18 36.7 | 4 33.3 | 94 45.2 | 26 41.9 | 3 42.9 |
| A CLOTHES DRYER | 81 38.6 | 19 38.8 | 5 41.7 | 77 37.0 | 23 37.1 | 1 14.3 |

GUIDELINE RESEARCH CORPORATION

HOME APPLIANCE STUDY #31-033

Table 34

Q.C/D HOME APPLIANCES PURCHASED/PLAN TO PURCHASE

|  | WHISPER QUIET | | | QUIET OPERATION | | |
|---|---|---|---|---|---|---|
|  | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID | TOTAL | HAVE SEEN/ HEARD PHRASE BEFORE | BY WHIRL- POOL/ KITCHEN AID |
| TOTAL RESPONDENTS | 210 | 49 | 12 | 208 | 62 | 7 |
| A REFRIGERATOR | 88 41.9 | 18 36.7 | 3 25.0 | 62 29.8 | 17 27.4 | 2 28.6 |
| A VACUUM CLEANER | 116 55.2 | 31 63.3 | 10 83.3 | 95 45.7 | 29 46.8 | 2 28.6 |
| A DISHWASHER | 52 24.8 | 10 20.4 | 4 33.3 | 38 18.3 | 12 19.4 | - - |
| A CLOTHES WASHER | 184 87.6 | 45 91.8 | 9 75.0 | 191 91.8 | 55 88.7 | 7 100.0 |
| A CLOTHES DRYER | 177 84.3 | 42 85.7 | 11 91.7 | 168 80.8 | 47 75.8 | 3 42.9 |

GUIDELINE RESEARCH CORPORATION

# APPENDIX F

## PHOTOS SHOWN RESPONDENTS IN THE TEST GROUP



# APPENDIX G

## PHOTOS SHOWN RESPONDENTS IN THE CONTROL GROUP





Ultra Capacity
Stainless Steel Drum
Sense Dry
Quiet Operation

DLE2532W

# APPENDIX H

## FEES

The fee charged by Mr. Reitter is $450 per hour.